IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION No. 07-169 |
| v. | : | CIVIL ACTION No. 11-4269 |
| CHARLES DUKES | : | |

**ORDER**

AND NOW, this 30th day of September, 2014, upon consideration of Defendant Charles Dukes's pro se Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, the numerous additional submissions by Dukes in support thereof, and the Government's responses thereto, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Dukes's § 2255 motion (Document 193) is DENIED.  Dukes's Motion to Overturn Judgment, Conviction and Sentence and/or to Literally "Drop All Charges" Pursuant to 28 U.S.C. § 2255 (Document 264) is also DENIED.  Dukes having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue.

It is further ORDERED Dukes's Motion to Compel (Document 247) and requests for appointment of counsel are DENIED.

The Clerk of Court is DIRECTED to mark both of the above-captioned cases CLOSED.

BY THE COURT:

   /s/ Juan R. Sánchez   
Juan R. Sánchez, J.