IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 07-169 |
| | : | |
| CHARLES DUKES | : | |

**ORDER**

AND NOW, this 17th day of August, 2015, upon consideration of Defendant Charles Dukes's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2) and the Government's response thereto, it is ORDERED the Motion (Document 276) is GRANTED.  Pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the United States Sentencing Guidelines, the term of imprisonment in this case is reduced to 160 months, effective November 1, 2015, consisting of 100 months on each of Counts I, II, and IV, all such terms to run concurrently, and 60 months on Count III, to run consecutively to the sentence imposed on Counts I, II, and IV.

It is further ORDERED any and all pending pro se motions related to Amendment 782, including the motion docketed at Document 273, are DISMISSED.

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.